# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TRISTAN ROBINSON, | ) |
| Plaintiff, | ) |
| | ) No. 2:20-cv-01120-JTF-atc |
| v. | ) |
| SERGEANT HURT, ET AL., | ) |
| Defendants. | ) |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed With Prejudice in accordance with the Order Dismissing Case, Certifying An Appeal Would Not Be Taken in Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on February 8, 2021.

**IT IS SO ORDERED**, this 8th day of February 2021.

APPROVED:

| | |
|---|---|
| *s/John T. Fowlkes, Jr.* | THOMAS M. GOULD |
| JOHN T. FOWLKES, JR. | CLERK |
| UNITED STATES DISTRICT JUDGE | |
| | |
| February 8, 2021 | s/Kristen Polovoy |
| DATE | (BY) LAW CLERK |